Allen HEMPHILL, Movant/Appellant,

v.

STATE of Missouri, Plaintiff/Respondent.

No. 67405.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 26, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 30, 1995.

Application to Transfer Denied
Dec. 19, 1995.

Dave Hemingway, Asst. Public Defender,
St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Paul A. HALDEMAN, Appellant.

No. 66388.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 26, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 30, 1995.

Application to Transfer Denied
Dec. 19, 1995.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Robert J. Maurer, Anthony L. Anderson, Anderson & Preuss, Clayton, for appellant.

Before AHRENS, P.J., and PUDLOWSKI and GRIMM, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his judgment of conviction of sexual assault in the first degree in violation of RSMo § 566.040. Defendant was sentenced to seven years imprisonment.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).